# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1954

_____

United States of America

*Plaintiff - Appellee*

v.

Jovica Petrovic, also known as Joshua Petrovic

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 17, 2015
Filed: August 26, 2015
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jovica Petrovic appeals from the summary denial of his motion for return of seized property under Rule 41(g) of the Federal Rules of Criminal Procedure. In his motion, Petrovic stated that various items had been taken from him in 2010 upon the execution of a search warrant.

Upon careful review, we conclude that the summary denial of Petrovic's motion was improper.  See Jackson v. United States, 526 F.3d 394, 396–97 (8th Cir. 2008) (discussing proceedings in a Rule 41(g) action).  Accordingly, we vacate the denial of relief and remand for further proceedings, which shall include requiring the government to respond to Petrovic's motion.

_____